# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                          Case No. 2:21-cr-36

      v.                                                      Judge Sarah D. Morrison

JOSEPH MICHAEL WILLIAMS,

      Defendant.

## OPINION AND ORDER

This matter is before the Court on Defendant's Motion for Early Termination of Supervised Release. (ECF No. 42.)

Under 18 U.S.C. § 3583(e)(1), a court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release … if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]" To aid in its determination, a court must consider the factors set forth in 18 U.S.C. § 3553(a):

> (1) the nature and circumstances of the offense and the defendant's history and characteristics; (2) the need to afford adequate deterrence to criminal conduct, protect the public from further crimes of the defendant, and provide him with needed education or vocational training, medical care, or other correctional treatment in the most effective manner; (3) the kinds of sentence and sentencing range established from the defendant's crimes; (4) pertinent policy statements issued by the United States Sentencing Commission; (5) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and (6) the need to provide restitution to any victims of the offense.

18 U.S.C. § 3583(e) (citing 18 U.S.C. § 3553(a)); *see United States v. Tavarez*, 141 F.4th 750, 758 (6th Cir. 2025) ("[T]he record must demonstrate that the district court considered the relevant § 3553(a) factors before denying an early termination motion."). That said, a court "need not 'articulate its analysis of each sentencing factor as long as the record demonstrates that the court considered the relevant factors.'" *Tavarez*, 141 F.4th at 757 (citing *United States v. Watkins*, 625 F.3d 277, 281 (6th Cir. 2010)).

The Court commends Mr. Williams for obtaining his CDL, maintaining a stable residence, gaining employment, and not incurring new criminal changes. The Court is very pleased that Mr. Williams has made amends with both his family and his wife's family. At this early stage of supervision, Mr. Williams has done well.

However, compliance with the terms of Supervised Release is expected of a Defendant. The Court has weighed the factors set forth in 18 U.S.C. § 3553(a). In particular, the nature and circumstances of Mr. Williams's offense, his personal history and characteristics, and protecting the public from further crime all weigh against early termination of supervision at this time. The Court believes that continued supervision and input from Mr. Williams's probation officer will support his efforts at long-term rehabilitation and continued sobriety.

Accordingly, the Motion for Early Termination is **DENIED** without prejudice.

**IT IS SO ORDERED**.

/s/Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**